[No. 12494–3–I. Division One. May 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DUC LAM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–8–03042–4, Terrence A. Carroll, J., entered October 25, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 13915–1–I. Division One. May 29, 1984.]

*In the Matter of the Personal Restraint of*
WAYNE L. SPAIN, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 6049–3–II. Division Two. May 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KOLAWOLE DAVID AYILOLA, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81–1–00480–6, Thomas L. Lodge, J., entered December 2, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6341–7–II. Division Two. May 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM STEWART DALRYMPLE, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C–833, Hewitt A. Henry, J., entered November 25, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.